# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

AARON M. GRAY,

       Petitioner,        :     Case No. 2:24-cv-4016

 - vs -                               District Judge Edmund A. Sargus, Jr.
                                        Magistrate Judge Michael R. Merz

MATTHEW J. LUTZ,

                                :

       Respondent.

## DECISION AND ORDER

This habeas corpus case, brought *pro se* by Petitioner Aaron Gray pursuant to 28 U.S.C. § 2241, is before the Court on Petitioner's Motion for a change of venue of his Muskingum County criminal case (ECF No. 5).  The Motion is DENIED.  Petitioner gives no constitutional reasons why his case cannot be tried in Muskingum County and this habeas court is limited to considering constitutional claims.  Moreover, for the reasons spelled out in more detail in the pending Report and Recommendations, Petitioner has not yet exhausted any available state court remedies he may have.

October 10, 2024.

                                                                            s/ *Michael R. Merz*
                                                                            United States Magistrate Judge